UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUY-MAX DELPHIN,

                Plaintiff,

-v-

JACQUES JUNIOR ARMAND,

                Defendant.

24 Civ. 3396 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's motion seeking issuance of an order to show cause why the Court should not authorize alternative service on defendant pursuant to Federal Rule of Civil Procedure 4(f)(3). Dkt. 12. The Court finds no need for an order to show cause and that plaintiff has satisfied the requirements of Rule 4. Specifically, because the defendant is in all likelihood located in Somalia—a non-signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents—and service via a known email address of the defendant's is reasonably likely to give notice, this method of service comports with Rule 4(f)(3). Accordingly, the Court authorizes service of the summons upon the defendant by email at the addresses rubyhay@yahoo.fr and armand@un.org.

      SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: June 27, 2024
       New York, New York