

Litigationsword LLC
119 82nd Avenue
Kew Gardens, Queens NY 11415
Tel: 201-491-1464
Tel: 917-277-8806
Sergei@litigationsword.com
Harold@litigationsword.com

September 21, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Delphin v. Armand, No. 23-cv-00791

Dear Judge Engelmayer:

    This firm has been discharged as attorneys for the plaintiff in the above-referenced matter, and has been instructed to cease work immediately. As such, we will be taking no further action in this matter. We anticipate filing a consent to change attorneys once plaintiff obtains substitute counsel.

Respectfully submitted,

/s/ *Harold F. Bonacquist*

Harold F. Bonacquist
Of Counsel, LitigationSword LLC

Cc (by email):
    Jacques Junior Armand

    Douglas S. Brooks, Esq.
    Libby Hoopes Brooks & Mulvey, Esqs.