UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUY-MAX DELPHIN,

                                Plaintiff,

    -v-

JACQUES JUNIOR ARMAND,

                                Defendant.

24 Civ. 3396

ORDER OF DEFAULT JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

       On May 7, 2024, plaintiff Guy-Max Delphin filed the complaint in this diversity action for defamation, tortious interference with prospective economic advantage, and intentional infliction of emotional distress. Dkt. 9. On June 10, 2024, Delphin sought issuance of an order authorizing alternative service on the defendant pursuant to Federal Rule of Civil Procedure 4(f)(3). Dkt. 12. The Court denied the request, finding no need for such an order insofar as service had been made to a known email address of the defendant, in compliance with Rule 4(f)(3). *See* Dkt. 18. On June 28, 2024, Delphin filed an affidavit attesting to service on defendant Jacques Junior Armand. Dkt. 19. On August 7, 2024, Delphin filed an amended complaint, Dkt. 23, and affidavit of service, Dkt. 22.

       After Armand failed to appear, respond, or otherwise take action in this case, Delphin filed a proposed clerk's certificate of default on September 10, 2024. Dkt. 31. The Clerk's Office issued a certificate of default. Dkt. 33. Consistent with the Court's Individual Rules and Practices, on November 14, 2024, Delphin filed a motion for default judgment, a memorandum of law in support of the motion, and supporting declarations. Dkts. 37–38. The defendant has not since filed an appearance or any opposition to Delphin's motion for a default judgment.

1

The Court has reviewed plaintiff's motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt. 37, and supporting documents, Dkt. 38. Because proof of service has been filed, the defendant has not answered the complaint, the time for answering the complaint has expired, and the defendant failed to appear to contest entry of a default judgment, the Court enters default judgment for plaintiff against the defendant. The Court, by separate order, will commission an inquest into damages.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 24, 2025
       New York, New York